

**SEP 2 7 2024**

Clerk, U.S. District Court
Texas Eastern

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Moshe Tal
Plaintiff

v.

Andrew Hedrick, et al.
Defendant

Civil Action No. 4:24cv868 ALM/AGD

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Moshe Tal

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Andrew Hedrick, Julie Hedrick, Awesome Enterprises, LLC, TK7 Products LLC, Greenpath Technologies LLC, Green Path LLC, Trucking Tower LLC, Moshe Tal, Tal Tech LLC

Date: 9/27/2024
Signature: _[signature]_
Print Name: Moshe Tal
Bar Number: Pro se
Address: 3025 Lakeside Drive
City, State, Zip: Highland Village, TX 75077
Telephone: (972) 317-9070
Fax:
E-Mail: TK7Moshe@aol.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.