# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOSHE TAL, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ANDREW HEDRICK, § <br> et al., § <br> § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:24-CV-00868-ALM-AGD |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2025, the Report of the Magistrate Judge, (Dkt. #28), was entered containing proposed findings of fact and recommendation that Defendants' Motion to Dismiss, with Brief (Dkt. #23) be granted in part. The Report further recommended that this case be abated pending the resolution of Cause No. CJ-2020-5706 filed in the District Court of Oklahoma County, Oklahoma. The Report finally recommended that, during the abatement, the parties submit a Joint Status Report every 60 days until such time that the abatement is lifted.

On September 17, 2025, Defendants filed a timely response to the Report, stating Defendants do not object to the Report and providing an update on activity in Cause No. CJ-2020-5706 (Dkt. #29). On September 18, 2025, Plaintiff filed untimely objections to the Report (Dkt. #30).[1] The Court has conducted a de novo review of Plaintiff's objections and the portions of the

---

[1] Given the leniency afforded to *pro se* litigants, the Court has fully considered Plaintiff's objections as if they had been timely filed.

Report to which Plaintiff specifically objects, along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that that Defendants' Motion to Dismiss, with Brief (Dkt. #23) is granted in part. It is further **ORDERED** that this case is **ABATED** pending the resolution of Cause No. CJ-2020-5706 filed in the District Court of Oklahoma County, Oklahoma. It is finally **ORDERED** that, during the abatement, the parties must submit a Joint Status Report every 60 days until such time that the abatement is lifted.

**IT IS SO ORDERED.**
**SIGNED this 30th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE