# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MOSHE TAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00868- |
| | § | ALM-AGD |
| ANDREW HEDRICK, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 3, 2026, the Report of the Magistrate Judge, (Dkt. #69), was entered containing proposed findings of fact and recommendation that Plaintiff's Emergency Ex Parte Request for TRO - to Halt Another Unlawful Sheriff Sale Set for March 4, 2026 by Counsel Swedlow; Writ of Execution Issued on Feb. 12, 2026: More Than Eleven Months After April 28, 2025 Admission the Alleged "Written Consent" Never Existed (Dkt. #63), Emergency Notice of Imminent Sheriff Sale and Request for Immediate Consideration (Dkt. #65), and Verified Affidavit / Declaration of Moshe Tal (Expanded Factual Narrative in Support of Emergency Relief (Dkt. #68) be denied.

On March 18, 2026, Plaintiff filed timely objections to the Report (Dkt. #70) and Defendants filed a response in support of the Report (Dkt. #72), and on March 23, 2026, Plaintiff filed additional objections (Dkt. #75) and a letter to the Clerk of Court (Dkt. #76).

The Court has conducted a de novo review of the objections and the portions of the Report to which Plaintiff specifically objects, along with Defendants' response and all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's Emergency Ex Parte Request for TRO - to Halt Another Unlawful Sheriff Sale Set for March 4, 2026 by Counsel Swedlow; Writ of Execution Issued on Feb. 12, 2026: More Than Eleven Months After April 28, 2025 Admission the Alleged "Written Consent" Never Existed (Dkt. #63), Emergency Notice of Imminent Sheriff Sale and Request for Immediate Consideration (Dkt. #65), and Verified Affidavit / Declaration of Moshe Tal (Expanded Factual Narrative in Support of Emergency Relief (Dkt. #68) are **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2