# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MOSHE TAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00868- |
| | § | ALM-AGD |
| ANDREW HEDRICK, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 19, 2026, the Report of the Magistrate Judge, (Dkt. #73), was entered containing proposed findings of fact and recommendation that Defendants' Second Motion to Dismiss (Dkt. #43) be granted and Plaintiff's case be dismissed with prejudice. The Report further recommended that any request for relief not addressed by the Report be denied as moot.

On April 2, 2026, Plaintiff filed his Objections to the Magistrate Judge's Report and Recommendation [Dkt. #73] and Request for Chief District Judge, The Hon. Amos L. Mazzant's *De Novo* Review and for Emergency Evidentiary Hearing under Rule 57 (Dkt. #80). The Court has conducted a de novo review of the objections and the portions of the Report to which Plaintiff specifically objects, along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendants' Second Motion to Dismiss (Dkt. #43) is **GRANTED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that any relief not addressed by the Report is **DENIED AS MOOT**.

   **IT IS SO ORDERED.**

   **SIGNED this 21st day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE